Hearing Date: August 25, 2011
Hearing Time: 10:30 a.m.
Location: 219 S. Dearborn St., Courtroom 744
Chicago, IL 60604

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

| In re: | § | Chapter 7 |
|---|---|---|
| Moloney, Gerri B | § | Case No. 10-27887 |
| Debtor | § | Palmer, SHJ oins |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter ___ of the United States Bankruptcy Code was filed on ___. The undersigned trustee was appointed on ___.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of         $

  Funds were disbursed in the following amounts:

  Payments made under an interim disbursement
  Administrative expenses
  Other payments to creditors
  Non-estate funds paid to 3rd Parties
  Exemptions paid to the debtor
  Other payments to the debtor

  Leaving a balance on hand of[1]         $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (10/1/2010) *(Page: 1)*

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $\_\_\_\_\_ as interim compensation and now requests a sum of $\_\_\_\_\_, for a total compensation of $\_\_\_\_\_[2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $\_\_\_\_\_, and now requests reimbursement for expenses of $\_\_\_\_\_, for total expenses of $\_\_\_\_\_[2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____ By:/s/Joseph A. Baldi, Trustee_____
                                                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (10/1/2010) *(Page: 2)*

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit A

| Case No: | 10-27887 | PSH | Judge: Pamela S. Hollis | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|---|
| Case Name: | Moloney, Gerri B | | | Date Filed (f) or Converted (c): | 06/22/10 (f) |
| | | | | 341(a) Meeting Date: | 08/12/10 |
| For Period Ending: | 06/28/11 | | | Claims Bar Date: | 03/04/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking and savings with harris  reimbursed $700 from exempt proceeds of auto sale per court order | 1,200.00 | 700.00 | | 700.00 | FA |
| 2. 1 laptop | 300.00 | 0.00 | | 0.00 | FA |
| 3. 401k | 25.00 | 0.00 | | 0.00 | FA |
| 4. 2004 Lexus Rx 330  Trustee's Motion to Sell Auto to Debtor shceduled for 2/3/11 | 10,800.00 | 4,900.00 | | 9,300.00 | FA |
| 5. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.05 | Unknown |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $12,325.00 | $5,600.00 | | $10,000.05 | $0.00 |
|  |  |  |  |  | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee has negotiated to sell vehicle to Debtor and to collect nonexempt cash

Initial Projected Date of Final Report (TFR): 09/30/11     Current Projected Date of Final Report (TFR): 09/30/11

LFORM1    UST Form 101-7-TFR (10/1/2010) *(Page: 3)*                                    Ver: 16.02b

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 10-27887 -PSH | | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|
| Case Name: | Moloney, Gerri B | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******6959 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******8704 | | | |
| For Period Ending: | 06/28/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/25/11 | 1, 4 | CARMAX, INC #7122 3320 Odyssey Ct. Naperville, Il 60563 | SALE PROCEEDS: VEHICLES | 1129-000 | 10,000.00 | | 10,000.00 |
| 04/29/11 | 5 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 10,000.01 |
| 05/04/11 | | Transfer to Acct #*******7136 | Bank Funds Transfer To cover payment of Debtor's exemption ($5,200) and sale expenses ($690 towing/storage; $95 replacement title) | 9999-000 | | 5,985.00 | 4,015.01 |
| 05/31/11 | 5 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,015.05 |

| Account *******6959 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|
| | 1 Deposits | 10,000.00 | 0 | Checks | 0.00 |
| | 2 Interest Postings | 0.05 | 0 | Adjustments Out | 0.00 |
| | | | 1 | Transfers Out | 5,985.00 |
| | Subtotal | $ 10,000.05 | | | |
| | | | | Total | $ 5,985.00 |
| | 0 Adjustments In | 0.00 | | | |
| | 0 Transfers In | 0.00 | | | |
| | Total | $ 10,000.05 | | | |

UST Form 101-7-TFR (10/1/2010) *(Page: 4)*

LFORM2T4

Ver: 16.02b

Case 10-27887   Doc 33   Filed 07/18/11   Entered 07/18/11 10:15:38   Desc Main
Document     Page 5 of 10

FORM 2

Page: 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 10-27887 -PSH | | Trustee Name: | Joseph A. Baldi, Trustee |
| Case Name: | Moloney, Gerri B | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******7136 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8704 | | | |
| For Period Ending: | 06/28/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/04/11 | | Transfer from Acct #*******6959 | Bank Funds Transfer | 9999-000 | 5,985.00 | | 5,985.00 |
| | | | To cover payment of Debtor's exemption ($5,200) and sale expenses ($690 towing/storage; $95 replacement title) | | | | |
| 05/04/11 | 001001 | GERRI B. MOLONEY<br>830 Elder Unit 116<br>Homewood, IL 60430 | Debtor's Exemption | 8100-002 | | 5,200.00 | 785.00 |
| 05/04/11 | 001002 | Joseph A. Baldi | Reimbursement for expenses paid | 2990-000 | | 785.00 | 0.00 |

| Account *******7136 | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| | 0 | Deposits | 0.00 | 2 | Checks | 5,985.00 |
| | 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | | | | 0 | Transfers Out | 0.00 |
| | | Subtotal | $ 0.00 | | | |
| | | | | | Total | $ 5,985.00 |
| | 0 | Adjustments In | 0.00 | | | |
| | 1 | Transfers In | 5,985.00 | | | |
| | | Total | $ 5,985.00 | | | |

UST Form 101-7-TFR (10/1/2010) *(Page: 5)*

LFORM2T4

Ver: 16.02b

FORM 2

Page: 3

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-27887 -PSH | | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|
| Case Name: | Moloney, Gerri B | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******7136 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8704 | | | |
| For Period Ending: | 06/28/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Report Totals | | Balance Forward | 0.00 | | | |
| | | 1 | Deposits | 10,000.00 | 2 | Checks | 5,985.00 |
| | | 2 | Interest Postings | 0.05 | 0 | Adjustments Out | 0.00 |
| | | | | | 1 | Transfers Out | 5,985.00 |
| | | | Subtotal | $ 10,000.05 | | | |
| | | | | | | Total | $ 11,970.00 |
| | | 0 | Adjustments In | 0.00 | | | |
| | | 1 | Transfers In | 5,985.00 | | | |
| | | | Total | $ 15,985.05 | | Net Total Balance | $ 4,015.05 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 10-27887 | | Page 1 | | Date: June 28, 2011 |
| Debtor Name: | Moloney, Gerri B | | Priority Sequence (No Pay Hold) | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001 3110-00 | Baldi Berg & Wallace, Ltd. 19 S. LaSalle St. Suite 1500 Chicago, IL 60603 | Administrative | | $0.00 | $1,354.00 | $1,354.00 |
| 001 2100-00 | JOSEPH A. BALDI, as Trustee 19 S. LaSalle Street Suite 1500 Chicago, Illinois 60603 | Administrative | | $0.00 | $1,200.00 | $1,200.00 |
| 000001 070 7100-00 | Discover Bank Dfs Services LLC PO Box 3025 New Albany, OH 43054-3025 | Unsecured | | $7,696.00 | $7,696.70 | $7,696.70 |
| 000002 070 7100-00 | Asset Acceptance, LLC assignee CHASE BANK PO Box 2036 Warren, MI 48090 | Unsecured | | $12,698.00 | $13,595.81 | $13,595.81 |
| 000003 070 7100-00 | Us Dept Of Education Attn: Borrowers Service Dept Po Box 5609 Greenville, TX 75403 | Unsecured | | $4,590.00 | $4,659.79 | $4,659.79 |
| 000004 070 7100-00 | Chase Bank USA,N.A c/o Creditors Bankruptcy Service P O Box 740933 Dallas,Tx 75374 | Unsecured | | $360.00 | $360.98 | $360.98 |
| 000005 070 7100-00 | Capital Recovery IV LLC c/o Recovery Management Systems Corporat 25 SE 2nd Avenue Suite 1120 Miami FL 33131-1605 | Unsecured | (5-1) FIA CARD SERVICES,N.A.(BANK OF AMERICA) | $6,643.00 | $5,470.34 | $5,470.34 |
| 000006 070 7100-00 | Capital Recovery IV LLC c/o Recovery Management Systems Corporat 25 SE 2nd Avenue Suite 1120 Miami FL 33131-1605 | Unsecured | (6-1) Home Value | $0.00 | $7,934.12 | $7,934.12 |
| 000007 070 7100-00 | American General Financial Services PO Box 3251 Evansville, IN 47731 | Unsecured | | $1,759.00 | $1,759.53 | $1,759.53 |
| | Case Totals: | | | $33,746.00 | $44,031.27 | $44,031.27 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-27887
Case Name: Moloney, Gerri B
Trustee Name: Joseph A. Baldi, Trustee

      Balance on hand      $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joseph A. Baldi, Trustee | $ | $ | $ |
| Attorney for Trustee Fees: Baldi Berg & Wallace, Ltd. | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses    $_____

    Remaining Balance    $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $        must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ | $ | $ |
| 000002 | Asset Acceptance, LLC assignee CHASE BANK | $ | $ | $ |
| 000003 | Us Dept Of Education | $ | $ | $ |
| 000004 | Chase Bank USA,N.A | $ | $ | $ |
| 000005 | Capital Recovery IV LLC | $ | $ | $ |
| 000006 | Capital Recovery IV LLC | $ | $ | $ |
| 000007 | American General Financial Services | $ | $ | $ |

Total to be paid to timely general unsecured creditors         $_____

Remaining Balance         $_____

Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

NONE

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE