Hearing Date: August 23, 2011
Hearing Time: 10:30 a.m.
Location: 219 S. Dearborn St., Courtroom 644
Chicago, IL 60604

## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| Moloney, Gerri B | § | Case No. 10-27887 |
| | § | |
| Debtor(s) | § | Hon. Pamela S. Hollis |

### NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joseph A. Baldi, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn, 7th Floor
Chicago, Illinois 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at :

10:30 a.m.
on Tuesday, August 23, 2011
in Courtroom 644, U.S. Courthouse
219 S. Dearborn St., Chicago, IL

If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____   By: Kenneth Gardner_____
                                       Clerk of Bankruptcy Court

Joseph A. Baldi, Trustee
19 S. LaSalle St. Suite 1500, Chicago, IL 60603

UST Form 101-7-NFR (10/1/2010) *(Page: 1)*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: §
§
Moloney, Gerri B § Case No. 10-27887
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 10,000.05 |
| and approved disbursements of | $ | 5,985.00 |
| leaving a balance on hand of[1] | $ | 4,015.05 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Joseph A. Baldi, Trustee | $ 1,200.00 | $ 0.00 | $ 1,200.00 |
| Attorney for Trustee Fees: Baldi Berg & Wallace, Ltd. | $ 1,354.00 | $ 0.00 | $ 1,354.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 2,554.00 |
| Remaining Balance | | $ | 1,461.05 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) (Page: 2)

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 41,477.27 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 7,696.70 | $ 0.00 | $ 271.12 |
| 000002 | Asset Acceptance, LLC assignee CHASE BANK | $ 13,595.81 | $ 0.00 | $ 478.92 |
| 000003 | Us Dept Of Education | $ 4,659.79 | $ 0.00 | $ 164.14 |
| 000004 | Chase Bank USA,N.A | $ 360.98 | $ 0.00 | $ 12.72 |
| 000005 | Capital Recovery IV LLC | $ 5,470.34 | $ 0.00 | $ 192.69 |
| 000006 | Capital Recovery IV LLC | $ 7,934.12 | $ 0.00 | $ 279.48 |
| 000007 | American General Financial Services | $ 1,759.53 | $ 0.00 | $ 61.98 |
| | Total to be paid to timely general unsecured creditors | | | $ 1,461.05 |
| | Remaining Balance | | | $ 0.00 |

      Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

      Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

      Prepared By: /s/_____
Joseph A. Baldi, Trustee

*Joseph A. Baldi, Trustee*
*Suite 1500*
*19 South LaSalle Street*
*Chicago, IL 60603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                          United States Bankruptcy Court
                           Northern District of Illinois

In re:                                                         Case No. 10-27887-PSH
Gerri B Moloney                                                Chapter 7
          Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-1          User: cturner              Page 1 of 2                  Date Rcvd: Jul 19, 2011
                              Form ID: pdf006            Total Noticed: 60


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 21, 2011.
db           +Gerri B Moloney,    830 Elder Unit 116,   Homewood, IL 60430-2545
aty          +Alexander Tynkov,    Zalutsky & Pinski, Ltd,   20 N Clark St,    Suite 600,
               Chicago, IL 60602-4184
aty          +Joseph A Baldi,   Baldi Berg & Wallace, Ltd.,   19 S Lasalle Street Suite 1500,
               Chicago, IL 60603-1413
aty          +Shamira A Youkhaneh,    Zalutsky & Pinski,   20 N Clark Street 6th Floor,   Chicago, IL 60602-4109
tr           +Joseph A Baldi, Tr,   Joseph Baldi & Associates,    19 S Lasalle Street Suite 1500,
               Chicago, IL 60603-1413
16287314     +ABF Freight System, Inc,   1900 East Lincoln Highway,    Chicago Heights, IL 60411-7704
16287323     +ACI,   2420 Sweet Home Rd.,   Amhurst, NY 14228-2243
16287315      ADT,   P O Box 650485,   Dallas, TX 75265-0485
16287321     +AT&T,   P O Box 6018,   The Lakes, NV 88901-6018
15745672     +Bac Home Loans Servici,   450 American St,   Simi Valley, CA 93065-6285
15745673     +Bancorpsouth,   Security Credit Service,   2653 West Oxford Loop, Suite 108,
               Oxfods, MS 38655-2929
15745674     +Bank Of Ame,   Arrow Financial Services,   5996 W Touhy Ave,   Niles, IL 60714-4610
16287319     +Bank of America,   P O Box 15027,   Wilmington, DE 19850-5027
16287320     +Bell South,   P O Box 105503,   Atlanta, GA 30348-5503
16287326    ++CHASE CARD SERVICES,    201 NORTH WALNUT STREET,    ATTN MARK PASCALE,   MAIL STOP DE1-1406,
               WILMINGTON DE 19801-2920
              (address filed with court: Chase,    P O Box 52195,   Phoenix, AZ 85072-2195)
16287324     +CR England Inc,   C/O Parters Financial,   P O Box 3448,   Ballwin, MO 63022-3448
16287316     +Central Credit Services Inc,   P O Box 15118,   Jacksonville, FL 32239-5118
15745676     +Chase,   P.o. Box 15298,   Wilmington, DE 19850-5298
15745677     +Chase Bank,   Asset Acceptance,   Po Box 2036,   Warren, MI 48090-2036
16705455     +Chase Bank USA,N.A,   c/o Creditors Bankruptcy Service,   P O Box 740933,   Dallas,Tx 75374-0933
16287331     +Chase Receivables,   1247 Broadway,   Sonoma, CA 95476-7503
15745678     +Cingular Wireless- Chicago,   First Revenue,   4500 Cherry Creek Dr South,
               Denver, CO 80246-1518
16287328      Direct TV,   P O Box 9001069,   Bankruptcy Dept,   Louisville, Ky 40290-1069
16287329     +Earthlink/Atlanta,   C/O Goodwin, Bryan & Schill,   P O Box 221406,   Beachwood, OH 44122-0999
16287318     +FMS Inc,   P O Box 707600,   Tulsa, OK 74170-7600
16287333     +Finkelstein, Kern, Steinberg & Cunn,   1810 Ailor Ave,   Knixville, TN 37921-5802
16287317     +First National Collection Bureau,   610 Waltham Way,   Sparks, NV 89434-6695
15745680     +Ge Capital Sam S Club,   Lvnv Funding Llc,   Po Box 740281,   Houston, TX 77274-0281
15745683     +Great Lakes Bank Na,   4600 W. Lincoln Hwy.,   Matteson, IL 60443-2315
15745684     +Hsbc Bank,   12447 Sw 69th Ave,   Tigard, OR 97223-8517
15745685    ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
               PHILADELPHIA PA 19101-7346
              (address filed with court: IRS,    230 S. Dearborn,   Stop 5016-CHI,   Chicago, IL 60604)
15745687     +Nbgl Carsons,   POB 978,   Wood Dale, IL 60191-0978
16287336     +Nelson, Watson & Associates,   80 Merrimack St,   Haverhill, MA 01830-5211
16287325      Northland Group,   P O Box 390857,   Edina, MN 55439
15745689     +Nra Group,   National Recovery Agen,   2491 Paxton St,   Harrisburg, PA 17111-1036
15745690     +Primus Financial Svcs,   Po Box 680020,   Franklin, TN 37068-0020
15745691     +Sams Club,   Attention: Bankruptcy Department,   Po Box 105968,   Atlanta, GA 30348-5968
15745692     +Spiegel,   Attn: Bankruptcy,   Po Box 9428,   Hampton, VA 23670-0428
16287332     +Spirit of America,   1103 Allen Drive,   Milford, OH 45150-8763
15745693     +Target,   Po Box 9475,   Minneapolis, MN 55440-9475
15745694      Toyota Motor Credit,   111 W 22nd Street Ste 420,   Oak Brook, IL 60523
15745695     +Us Dept Of Education,   Attn: Borrowers Service Dept,   Po Box 5609,   Greenville, TX 75403-5609
15745696     +Village Of Homewood,   Receivables Management Inc. (RMI),   3348 Ridge Rd,
               Lansing, IL 60438-3112
15745697      Wfnnb/express,   Attn: Bankruptcy,   Po Box 18227,   Columbus, OH 43218
15745698     +Wfnnb/fashion Bug,   POB 182124,   Columbus, OH 43218-2124
15745699     +Wfnnb/newport News,   995 W 122nd Ave,   Westminster, CO 80234-3417

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15745671      E-mail/PDF: cbp@slfs.com Jul 20 2011 11:19:50     American General Finan,   600 N. Royal Avenu,
               Evansville, IN 47731
16845852      E-mail/PDF: cbp@slfs.com Jul 20 2011 11:19:50     American General Financial Services,
               PO Box 3251,   Evansville, IN  47731
16554979     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jul 20 2011 11:08:52
               Asset Acceptance, LLC assignee CHASE BANK,   PO Box 2036,   Warren, MI 48090-2036
15745675     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 20 2011 11:19:50     Capital One, N.a.,
               C/O American Infosource,   Po Box 54529,   Oklahoma City, OK 73154-1529
16716925      E-mail/PDF: rmscedi@recoverycorp.com Jul 20 2011 11:19:50     Capital Recovery IV LLC,
               c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
16513725      E-mail/PDF: mrdiscen@discoverfinancial.com Jul 20 2011 11:29:50     Discover Bank,
               Dfs Services LLC,   PO Box 3025,   New Albany, OH 43054-3025
15745679     +E-mail/PDF: mrdiscen@discoverfinancial.com Jul 20 2011 11:29:50     Discover Fin,
               Attention: Bankruptcy Department,   Po Box 3025,   New Albany, OH 43054-3025
16287335      E-mail/PDF: gecsedi@recoverycorp.com Jul 20 2011 11:19:50     GE Capital,   9510 West 67th Street,
               Merriam, KS 66203-3614
```

```
District/off: 0752-1           User: cturner             Page 2 of 2              Date Rcvd: Jul 19, 2011
                               Form ID: pdf006          Total Noticed: 60
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
15745681     +E-mail/PDF: gecsedi@recoverycorp.com Jul 20 2011 11:19:50     GEMB / HH Gregg,
              Attention: Bankruptcy,   Po Box 103106,   Roswell, GA 30076-9106
15745682     +E-mail/PDF: gecsedi@recoverycorp.com Jul 20 2011 11:19:50     Gemb/m Wards,   Po Box 981127,
              El Paso, TX 79998-1127
15745686     +E-mail/PDF: cr-bankruptcy@kohls.com Jul 20 2011 11:19:50      Kohls,   Attn: Recovery Dept,
              Po Box 3120,   Milwaukee, WI 53201-3120
16287334     +E-mail/Text: resurgentbknotifications@resurgent.com Jul 20 2011 11:08:50     LVNV Funding,
              P O Box 10497,   Greenville, SC 29603-0497
15745688     +E-mail/Text: bankrup@nicor.com Jul 20 2011 11:08:50     Nicor Gas,
              Attention: Bankruptcy Department,   Po Box 190,   Aurora, IL 60507-0190
16287337     +E-mail/PDF: bankruptcyverizonwireless@afninet.com Jul 20 2011 11:19:50     Verizon Wireless,
              777 Big Timber Rd,   Elgin, IL 60123-1401
                                                                                            TOTAL: 14

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty            Baldi Berg & Wallace, Ltd
16287322       Bill Me Later,   P O Box 105658,   Atlanta, GA0348-5658
16287327     ##Asset Acceptable LLC,   P O Box 795161,   San Antonio, TX 78279-5161
16287330    ##+Fashion Bug,   P O Box 856021,   Louisville, KY 40285-6021
                                                                                 TOTALS: 2, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 21, 2011**                    **Signature:**    _Joseph Speetjens_