UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                              §
                                    §
                                    §
Moloney, Gerri B                    §      Case No. 10-27887
                                    §
          Debtor(s)                 §
                                    §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    Joseph A. Baldi, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $     (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     (see **Exhibit 2**), yielded net receipts of $     from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/Joseph A. Baldi, Trustee_____
                                                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| GERRI B. MOLONEY |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH A. BALDI, TRUSTEE | | | | | |
| JOSEPH A. BALDI | | | | | |
| BALDI BERG & WALLACE | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | IRS 230 S. Dearborn Stop 5016-CHI Chicago, IL 60604 | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ABF Freight System, Inc 1900 East Lincoln Highway Chicago Heights, IL 60411 | | | | | |
| | ACI 2420 Sweet Home Rd. Suite 150 Amhurst, NY 14228 | | | | | |
| | ADT P.O. Box 650485 Dallas, TX 75265-0485 | | | | | |
| | AT&T P.O. Box 6018 The Lakes, NV 88907 | | | | | |
| | Asset Acceptance LLC P.O. Box 795161 San Antonio, TX 78279-5161 | | | | | |
| | Bac Home Loans Servici 450 American St Simi Valley, CA 93065 | | | | | |
| | Bancorpsouth Security Credit Service 2653 West Oxford Loop, Suite 108 Oxfods, MS 38655 | | | | | |
| | Bank of Ameirca P.O. Box 15027 Wilmington, DE 19850 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bell South P.O. Box 105503 Atlanta, GA 30348 | | | | | |
| | Bill Me Later P.O. Box 105658 Atlanta, GA 30348-5658 | | | | | |
| | C.R. England Inc. C/O Parters Financial PO BOX 3448 Ballwin, MO 63022 | | | | | |
| | CBCS P.O. Box 69 Columbus, OH 43216 | | | | | |
| | Capital One, N.a. C/O American Infosource Po Box 54529 Oklahoma City, OK 73154 | | | | | |
| | Central Credit Services Inc. P.O. Box 15118 Jacksonville, FL 32239 | | | | | |
| | Chase P.O. Box 52195 Phoenix, AZ 85072-2195 | | | | | |
| | Chase P.o. Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase Receivables 1247 Broadway Sonoma, CA 95476 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cingular Wireless- Chicago First Revenue 4500 Cherry Creek Dr South Denver, CO 80239 | | | | | |
| | DirecTV P.O. Box 9001069 Bankruptcy Dept. Louisville, KY 40290-1069 | | | | | |
| | Earthlink/Atlanta C/O Goodwin, Bryan & Schill PO BOX 221406 Beachwood, OH 44122 | | | | | |
| | FMS INC PO BOX 707600 Tulsa, OK 74170 | | | | | |
| | Fashion Bug P.O. Box 856021 Louisville, KY 40285 | | | | | |
| | Finkelstein, Kern, Steinberg & Cunn 1810 Ailor Ave Knoxville, TN 37921 | | | | | |
| | First National Collection Bureau 610 Waltham Way Sparks, NV 89434 | | | | | |
| | GE Capital 9510 West 67th Street Merriam, KS 66203-3614 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | GEMB / HH Gregg Attention: Bankruptcy Po Box 103106 Roswell, GA 30076 | | | | | |
| | Ge Capital Sam S Club Lvnv Funding Llc Po Box 740281 Houston, TX 77274 | | | | | |
| | Gemb/m Wards Po Box 981127 El Paso, TX 79998 | | | | | |
| | Great Lakes Bank Na 4600 W. Lincoln Hwy. Matteson, IL 60443 | | | | | |
| | Hsbc Bank 12447 Sw 69th Ave Tigard, OR 97223 | | | | | |
| | LVNV Funding P.O. Box 10497 Greenville, SC 29603 | | | | | |
| | Nbgl Carsons P.O. Box 978 Wood Dale, IL 60191 | | | | | |
| | Nicor Gas Attention: Bankruptcy Department Po Box 190 Aurora, IL 60507 | | | | | |
| | Northland Group P.O. Box 390857 Edina, MN 55439 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Nra Group National Recovery Agen 2491 Paxton St Harrisburg, PA 17111 | | | | | |
| | Primus Financial Svcs Po Box 680020 Franklin, TN 37068 | | | | | |
| | Sams Club Attention: Bankruptcy Department Po Box 105968 Atlanta, GA 30353 | | | | | |
| | Spiegel Attn: Bankruptcy Po Box 9428 Hampton, VA 23670 | | | | | |
| | Spirit of America 1103 Allen Drive Milford, OH 45150 | | | | | |
| | Target Po Box 9475 Minneapolis, MN 55440 | | | | | |
| | Toyota Motor Credit 111 W 22nd Street, Ste 420 Oak Brook, IL 60523 | | | | | |
| | Verizon Wireless 777 Big Timber Road Elgin, IL 60123-1488 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Village Of Homewood Receivables Management Inc. (RMI) 3348 Ridge Rd Lansing, IL 60438 | | | | | |
| | Wfnnb/express Attn: Bankruptcy Po Box 18227 Columbus, OH 43218 | | | | | |
| | Wfnnb/fashion Bug P.O. Box 182124 Columbus, OH 43218 | | | | | |
| | Wfnnb/newport News 995 W 122nd Ave Westminster, CO 80234 | | | | | |
| | nelson, Watson & Associates 80 Merrimack St Lower Level Haverhill, MA 01830 | | | | | |
| 000007 | AMERICAN GENERAL FINANCIAL SERVICES | | | | | |
| 000002 | ASSET ACCEPTANCE, LLC ASSIGNEE CHAS | | | | | |
| 000005 | CAPITAL RECOVERY IV LLC | | | | | |
| 000006 | CAPITAL RECOVERY IV LLC | | | | | |

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004 | CHASE BANK USA,N.A | | | | | |
| 000001 | DISCOVER BANK | | | | | |
| 000003 | US DEPT OF EDUCATION | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit 8

| Case No: | 10-27887   PSH   Judge: Pamela S. Hollis | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | Moloney, Gerri B | Date Filed (f) or Converted (c): | 06/22/10 (f) |
| | | 341(a) Meeting Date: | 08/12/10 |
| For Period Ending: | 09/28/11 | Claims Bar Date: | 03/04/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking and savings with harris | 1,200.00 | 700.00 | | 700.00 | FA |
| reimbursed $700 from exempt proceeds of auto sale per court order | | | | | |
| 2. 1 laptop | 300.00 | 0.00 | | 0.00 | FA |
| 3. 401k | 25.00 | 0.00 | | 0.00 | FA |
| 4. 2004 Lexus Rx 330 | 10,800.00 | 4,900.00 | | 9,300.00 | FA |
| Trustee's Motion to Sell Auto to Debtor shceduled for 2/3/11 | | | | | |
| 5. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.14 | Unknown |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $12,325.00 | $5,600.00 | | $10,000.14 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee has negotiated to sell vehicle to Debtor and to collect nonexempt cash; TFR submitted to UST

Initial Projected Date of Final Report (TFR): 09/30/11      Current Projected Date of Final Report (TFR): 09/30/11

LFORM1                                                                                                                                Ver: 16.02b
**UST Form 101-7-TDR (10/1/2010)** *(Page: 12)*

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-27887 -PSH | | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|
| Case Name: | Moloney, Gerri B | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******6959  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******8704 | | | |
| For Period Ending: | 09/28/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| 04/25/11 | 1, 4 | CARMAX, INC #7122<br>3320 Odyssey Ct.<br>Naperville, Il 60563 | SALE PROCEEDS: VEHICLES | 10,000.00 | | | | | 10,000.00 |
| 04/29/11 | 5 | Bank of America, N.A. | Interest Rate  0.010 | | 0.01 | | | | 10,000.01 |
| 05/04/11 | | Transfer to Acct #*******7136 | Bank Funds Transfer<br>To cover payment of Debtor's exemption ($5,200) and sale expenses ($690 towing/storage; $95 replacement title) | | | | | -5,985.00 | 4,015.01 |
| 05/31/11 | 5 | Bank of America, N.A. | Interest Rate  0.010 | | 0.04 | | | | 4,015.05 |
| 06/30/11 | 5 | Bank of America, N.A. | Interest Rate  0.010 | | 0.03 | | | | 4,015.08 |
| 07/29/11 | 5 | Bank of America, N.A. | Interest Rate  0.010 | | 0.03 | | | | 4,015.11 |
| 08/23/11 | 5 | Bank of America, N.A. | INTEREST REC'D FROM BANK | | 0.03 | | | | 4,015.14 |
| 08/23/11 | | Transfer to Acct #*******7136 | Final Posting Transfer<br>Transfer funds for Final Distribution JMM August 23, 2011, 11:31 am | | | | | -4,015.14 | 0.00 |

| Account *******6959 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|
| | 1  Deposits | 10,000.00 | | 0  Checks | 0.00 |
| | 5  Interest Postings | 0.14 | | 0  Adjustments Out | 0.00 |
| | | | | 2  Transfers Out | 10,000.14 |
| | Subtotal | $  10,000.14 | | | |
| | 0  Adjustments In | 0.00 | | Total | $  10,000.14 |
| | 0  Transfers In | 0.00 | | | |
| | Total | $  10,000.14 | | | |

LFORM2XT

**UST Form 101-7-TDR (10/1/2010)** *(Page: 13)*

Ver: 16.02b

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-27887 -PSH | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | Moloney, Gerri B | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******7136  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8704 | | |
| For Period Ending: | 09/28/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| 05/04/11 | | Transfer from Acct #*******6959 | Bank Funds Transfer<br>To cover payment of Debtor's exemption ($5,200) and sale expenses ($690 towing/storage; $95 replacement title) | | | | | 5,985.00 | 5,985.00 |
| 05/04/11 | 001001 | GERRI B. MOLONEY<br>830 Elder Unit 116<br>Homewood, IL 60430 | Debtor's Exemption | | | 5,200.00 | | | 785.00 |
| 05/04/11 | 001002 | Joseph A. Baldi | Reimbursement for expenses paid | | | 785.00 | | | 0.00 |
| 08/23/11 | | Transfer from Acct #*******6959 | Transfer In From MMA Account<br>Transfer funds for Final Distribution JMM August 23, 2011, 11:31 am | | | | | 4,015.14 | 4,015.14 |
| 08/25/11 | 001003 | JOSEPH A. BALDI , as Trustee<br>19 S. LaSalle Street<br>Suite 1500<br>Chicago, Illinois  60603 | Trustee Compensation | | | 1,200.00 | | | 2,815.14 |
| 08/25/11 | 001004 | Baldi Berg & Wallace, Ltd.<br>19 S. LaSalle St.<br>Suite 1500<br>Chicago, IL 60603 | Attorney for Trustee Fees (Trustee | | | 1,354.00 | | | 1,461.14 |
| 08/25/11 | 001005 | Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000001, Payment 3.52% | | | 271.14 | | | 1,190.00 |
| 08/25/11 | 001006 | Asset Acceptance, LLC assignee CHASE BANK<br>PO Box 2036<br>Warren, MI 48090 | Claim 000002, Payment 3.52% | | | 478.95 | | | 711.05 |
| 08/25/11 | 001007 | Us Dept Of Education<br>Attn: Borrowers Service Dept<br>Po Box 5609<br>Greenville, TX 75403 | Claim 000003, Payment 3.52% | | | 164.15 | | | 546.90 |
| 08/25/11 | 001008 | Chase Bank USA,N.A<br>c/o Creditors Bankruptcy Service<br>P O Box 740933 | Claim 000004, Payment 3.52% | | | 12.72 | | | 534.18 |

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-27887 -PSH | | Trustee Name: | Joseph A. Baldi, Trustee |
| Case Name: | Moloney, Gerri B | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******7136 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8704 | | | |
| For Period Ending: | 09/28/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| 08/25/11 | 001009 | Dallas,Tx 75374<br>Capital Recovery IV LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Claim 000005, Payment 3.52% | | | 192.70 | | | 341.48 |
| 08/25/11 | 001010 | Capital Recovery IV LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Claim 000006, Payment 3.52% | | | 279.50 | | | 61.98 |
| 08/25/11 | 001011 | American General Financial Services<br>PO Box 3251<br>Evansville, IN 47731 | Claim 000007, Payment 3.52% | | | 61.98 | | | 0.00 |

| Account *******7136 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|
| | 0 Deposits | 0.00 | 11 | Checks | 10,000.14 |
| | 0 Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | | | 0 | Transfers Out | 0.00 |
| | Subtotal | $ 0.00 | | | |
| | | | | Total | $ 10,000.14 |
| | 0 Adjustments In | 0.00 | | | |
| | 2 Transfers In | 10,000.14 | | | |
| | Total | $ 10,000.14 | | | |

LFORM2XT
**UST Form 101-7-TDR (10/1/2010)** *(Page: 15)*

Ver: 16.02b

FORM 2

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-27887 -PSH | | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|
| Case Name: | Moloney, Gerri B | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******7136  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8704 | | | |
| For Period Ending: | 09/28/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |

|  | Report Totals | Balance Forward | 0.00 |  |  |
|---|---|---|---|---|---|
|  | 1 | Deposits | 10,000.00 | 11 Checks | 10,000.14 |
|  | 5 | Interest Postings | 0.14 | 0 Adjustments Out | 0.00 |
|  |  |  |  | 2 Transfers Out | 10,000.14 |
|  |  | Subtotal | $ 10,000.14 |  |  |
|  |  |  |  | Total | $ 20,000.28 |
|  | 0 | Adjustments In | 0.00 |  |  |
|  | 2 | Transfers In | 10,000.14 |  |  |
|  |  | Total | $ 20,000.28 | Net Total Balance | $ 0.00 |

LFORM2XT

UST Form 101-7-TDR (10/1/2010) *(Page: 16)*

Ver: 16.02b